## NOTICE OF SETTLEMENT AND CLAIMS RELEASE FORM

This Claims Release Form ("Release") is entered into by Plaintiff, _____, to fully and finally release and dismiss all wage and hour claims they have asserted or could have asserted against the Released Parties, as that term is defined in the Confidential Settlement Agreement and General Release between the parties in the lawsuit entitled *Christian Rapp, individually and on behalf of all others similarly situated, v. HV Occupational Health Advisors of America, LLC, Robert Mitchell, and Aden Schillig*, and docketed as Case No. 1:20-cv-02043.

**1. What Does This Release Mean?** The litigation entitled *Christian Rapp, individually and on behalf of all others similarly situated, v. HV Occupational Health Advisors of America, LLC, Robert Mitchell, and Aden Schillig*, has been settled and, Defendants have agreed to pay to you Settlement Proceeds in the amount of [INSERT AMOUNT FOR EACH CLAIMANT INCLUDING THE WAGE AMOUNT AND LIQUIDATED DAMAGES/NON-WAGE AMOUNT] based upon the hours that you claim to have worked for HV Occupational Health Advisors of America, LLC and any and all claims for overtime or other compensation allegedly owed as a result of your employment with HV Occupational Health Advisors of America, LLC whether asserted in the Complaint or otherwise. By agreeing to pay you these funds, Defendants still deny any liability to you on the basis of any claim, asserted or unasserted in the litigation, but have agreed to this good faith settlement as a compromise. The good faith settlement is memorialized in a Confidential Settlement Agreement and General Release which is incorporated herein by reference. Returning the signed Release, W-4, and W-9 and accepting the Settlement Proceeds paid to you means that your claims against these Released Parties are settled and fully dismissed, and you agree that you will not file another lawsuit or make another claim arising out of the time that you worked Sprint Safety, Inc. or otherwise for the Released Parties. While nothing in this Release precludes you from filing an administrative charge or claim with a federal or state governmental agency, you acknowledge that you will not accept monetary relief for same and you further agree to withdraw any administrative charge or claim related to your work HV Occupational Health Advisors of America, LLC or otherwise for the Released Parties if you have filed any such administrative charge or claim.

**2. Confidentiality:** By signing below, you agree to keep all details regarding this settlement, including the amount of the payment that you received in this settlement, confidential. You agree to limit your remarks about this settlement to a statement to the effect of "the matter has been resolved" and if pressed further a statement to the effect of "I am not allowed to discuss the matter any further." You agree that this amount of the settlement paid to you will only be revealed for accounting, tax, or other legal and necessary purposes, and that such individuals agree to and maintain the confidentiality of such information.

**3. How to Claim Your Settlement Funds:**

- You have been provided with this Claims Release Form, a W-4, and a W-9**.**

- All of these documents must be completely filled out and returned to Leventhal Lewis Kuhn Taylor Swan PC within 60 days, specifically by [INSERT DATE]. Failure to return these forms—completely filled out, signed, and dated—could will result in the loss of your ability to be paid the Settlement Proceeds.

- Checks for the Settlement Proceeds will be distributed to Leventhal Lewis Kuhn Taylor Swan PC on or before November 15 2022, assuming you have returned your completed forms and tax documents by the deadline.

- Your Settlement Proceeds will be treated as one-half wages and one-half non-wages/liquidated damages. This means that no taxes will be taken out of the settlement amount allocated as non-wages/liquidated damages and standard payroll taxes will be taken out of the settlement amount allocated as wages.

- You acknowledge that this payment is all you have agreed to receive in exchange for the promises made herein and represents a fair and reasonable resolution of the lawsuit.

**4.** If you have any questions regarding the completion of these forms or the settlement process, please contact Leventhal Lewis Kuhn Taylor Swan PC.

**5.** Each provision of this Release is separable, distinct, and severable from the other provisions, and any invalidity or unenforceability of any provision will not affect the others.

**By signing below, you affirm that you fully understand the meaning and intent of this Release, including by not limited to its final and binding effect, and acknowledge same.**

Signed this _____ day of _____, 202\_\_.

Signature                                          Mailing Address:

_____          _____

Plaintiff (Printed Name)                          _____

_____          _____