**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-02043-PAB-STV

CHRISTIAN RAPP, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

HV OCCUPATIONAL HEALTH ADVISORS OF AMERICA, LLC;
ROBERT MITCHELL; and
ADEN SCHILLING,

    Defendants.

## DECLARATION OF ANDREW E. SWAN

I, Andrew E. Swan, hereby declare that the following information is true and correct to my personal knowledge:

1. I am an attorney licensed to practice law by the Supreme Courts of Alaska, Colorado, and Washington. I am also admitted to practice in the United States District Courts for the Districts of Alaska, Colorado, Eastern District of Missouri, Northern District of Illinois, and Western District of Washington, as well as the United States Courts of Appeals for the Ninth and Tenth Circuits. I, along with Michael D. Kuhn and Paul F. Lewis, represent named plaintiff Christian Rapp and the collective in this matter.

2. After earning a juris doctor at the University of Denver Sturm College of Law in 2010, I continued my legal education at George Washington University Law School and Georgetown University Law Center where I focused on constitutional law, employment law, and advocacy.

3. After the conclusion of my legal education, I completed a judicial clerkship in Washington and then accepted a position at a boutique litigation firm in Alaska where I practiced civil litigation with an emphasis on cases under federal employment statutes.

4. In January 2013, I became of counsel and eventually named shareholder at the firm now known as Leventhal Lewis Kuhn Taylor Swan PC where I continue to devote a significant percentage of my practice to employment litigation.

5. My colleagues and I have significant experience litigating wage and hour claims, including cases brought as collective and class actions. A sampling of the wage and hour cases our firm has handled include the following: *Ruiz v. Colorado Department of Corrections*, 20-cv-02643 (D. Colo.) ($5 million settlement on behalf of parole officers); *Shaw v. Interthinx, Inc.*, 13-cv-01229 (D. Colo.) ($6 million settlement on behalf of auditors and underwriters); *Castillo v. Noodles & Co.*, 16-cv-3036 (N.D. Ill.) ($3 million settlement on behalf of assistant managers); *Oldenburg v. California Casualty Management Company*, 2016-cv-01152 (D. Colo.) ($2 million settlement on behalf of sales representatives); *Sager v. Interthinx, Inc.*, BC570330 (Los Angeles Superior Court) ($1.5 million settlement on behalf of auditors and underwriters); and *Nygaard v. HomeAdvisor, Inc.*, 2017CV32000 (El Paso County Dist. Court) ($2.35 million settlement on behalf of sales representatives).

6. Our firm agreed to represent Christian Rapp and the putative collective on a contingency fee basis and have litigated this case for more than two years. Our firm negotiated the proposed $100,000 settlement before the Court. Prior to agreeing to the settlement, we reviewed significant documentation, including HV Occupational Health Advisors of America, LLC's ("HV") pay and timekeeping records and employment rosters. Our firm thereafter engaged Liesl

2

Fox, Ph.D to calculate the unpaid overtime owed to the collective. Dr. Fox is a renowned economist specializing in FLSA collective action forensic analysis. We thereafter participated in a full-day mediation with experienced wage and hour mediator David Lichtenstein, Esq. Mr. Lichtenstein remained in frequent communication with the parties after the mediation to facilitate settlement.

7. I believe the settlement represents an excellent outcome on behalf of the collective. We are satisfied that the terms of this settlement are fair, reasonable, adequate, equitable, and that the settlement is in the best interest of the collective. We respectfully recommend that the Court approve the settlement.

8. Based on the pre-mediation damages model created by Dr. Fox and reviewed by me, the amount payable to the collective under the settlement represents 100% of the two-year unliquidated damages.

9. This is an excellent outcome in light of the risks of proceeding with litigation. We believe there were two primary risks in this case. First, there was a risk that the collective was properly classified in which case they would not be owed any overtime. The parties strongly disputed this issue, and there were facts supporting both sides. Thus, serious questions of law and fact existed in this case.

10. Second, I believe there was a substantial risk that the collective would have been decertified given that the employees at issue worked at different sites and in different states.

11. Attached to this declaration is a billing summary showing the costs invested by our firm in this matter. These costs sum to $7,220.69 and include, among other things, the cost of mediation, Dr. Fox's analysis, transcription expenses, and filing fees. These costs are reasonable and were necessarily incurred.

3

12. Additionally, our firm spent at least 143.25 attorney hours on this matter. I say "at least" because there were additional hours invested in this case that are not listed in this billing summary, including those from our former associate, David Law, who worked on this matter. Additionally, these hours do not include several dozen hours of paralegal time spent on this matter.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing statements are true and correct and that I have personal knowledge of the information provided above.

Dated: August 1, 2022

*/s/ Andrew E. Swan*
Andrew E. Swan



# INVOICE

620 North Tejon Street, Suite 101
Colorado Springs, Colorado 80903
Phone: (719) 694-3000
www.ll.law

**Recorded Time**

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/27/2020 | AES | Initial client communication. | 0.50 | $400.00 | $200.00 |
| 05/05/2020 | AES | Client communication; analysis of potential claims. | 1.00 | $400.00 | $400.00 |
| 05/18/2020 | AES | Legal analysis; attention to case strategy and forthcoming demand. | 0.50 | $400.00 | $200.00 |
| 06/03/2020 | AES | Attention to demand letter. | 1.25 | $400.00 | $500.00 |
| 06/05/2020 | PFL | Review demand letter. Emails. | 0.25 | $400.00 | $100.00 |
| 06/08/2020 | AES | Client communication; revised demand letter; reviewed documents. | 2.00 | $400.00 | $800.00 |
| 06/09/2020 | AES | Finalized demand letter outlining claims. | 0.50 | $400.00 | $200.00 |
| 06/09/2020 | MDK | Reviewed and revised demand letter. | 0.50 | $400.00 | $200.00 |
| 06/19/2020 | AES | Reviewed communication from opposing counsel; confer with legal team on next steps. | 0.50 | $400.00 | $200.00 |
| 06/19/2020 | MDK | Confer with Mr. Swan regarding letter from opposing counsel. | 0.25 | $400.00 | $100.00 |
| 06/20/2020 | AES | Client communication. | 0.25 | $400.00 | $100.00 |
| 06/29/2020 | AES | Communication with opposing counsel regarding applicability of fluctuating work week and potential resolution; legal research regarding the same. | 0.75 | $400.00 | $300.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/2020 | AES | Drafted Complaint; client communication. | 2.00 | $400.00 | $800.00 |
| 07/10/2020 | PFL | Revising complaint. Emails with Andy. | 0.75 | $400.00 | $300.00 |
| 07/10/2020 | AES | Revisions to Complaint. | 2.50 | $400.00 | $1,000.00 |
| 07/10/2020 | MDK | Review and revise complaint. | 0.75 | $400.00 | $300.00 |
| 07/13/2020 | AES | Client communication. | 0.25 | $400.00 | $100.00 |
| 07/14/2020 | MDK | Final review of Complaint; confer with Mr. Swan. | 0.50 | $400.00 | $200.00 |
| 07/14/2020 | AES | Reviewed filed complaint; attention to case assignment. | 0.25 | $400.00 | $100.00 |
| 07/15/2020 | AES | Email to opposing counsel regarding waiver of service. | 0.50 | $400.00 | $200.00 |
| 07/21/2020 | AES | Attention to service of process service; emails with opposing counsel. | 0.25 | $400.00 | $100.00 |
| 07/27/2020 | AES | Reviewed and filed waivers of service. | 0.25 | $400.00 | $100.00 |
| 08/06/2020 | AES | Confer with opposing counsel regarding consent to a magistrate. | 0.25 | $400.00 | $100.00 |
| 08/07/2020 | AES | Emails with opposing counsel. | 0.25 | $400.00 | $100.00 |
| 08/10/2020 | MDK | Reviewed and revised entry of appearance. | 0.25 | $400.00 | $100.00 |
| 08/10/2020 | AES | Reviewed and revised entry of appearances; prepared magistrate non-consent form; client communication. | 0.75 | $400.00 | $300.00 |
| 08/12/2020 | MDK | Confer with legal team on form of consent to sue; review and revised the same. | 0.50 | $400.00 | $200.00 |
| 08/13/2020 | AES | Reviewed notice of filing of consent to sue; client communication; emails with opposing counsel; reviewed notice of case reassignment; reviewed order of reference; forwarded same to opposing counsel. | 0.75 | $400.00 | $300.00 |
| 08/20/2020 | AES | Client communication; reviewed notice of filing of consent to sue. | 0.50 | $400.00 | $200.00 |
| 08/24/2020 | AES | Confer with opposing counsel re conditional certification and possible pre-certification mediation. | 0.25 | $400.00 | $100.00 |
| 09/14/2020 | AES | Reviewed answer. | 0.25 | $400.00 | $100.00 |
| 09/14/2020 | MDK | Reviewed answer. | 0.25 | $400.00 | $100.00 |
| 09/20/2020 | AES | Client communication. | 0.25 | $400.00 | $100.00 |
| 10/09/2020 | AES | Attention to scheduling order. | 0.75 | $400.00 | $300.00 |
| 10/12/2020 | AES | Began drafting motion for conditional certification. | 2.75 | $400.00 | $1,100.00 |
| 10/13/2020 | AES | Finalized and filed proposed scheduling order. | 0.50 | $400.00 | $200.00 |
| 10/14/2020 | AES | Revisions to motion for conditional certification; attention to declarations. | 3.50 | $400.00 | $1,400.00 |
| 10/16/2020 | PFL | Review order re scheduling. | 0.25 | $400.00 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/16/2020 | AES | Attention to declarations in support of motion for conditional certification. | 2.50 | $400.00 | $1,000.00 |
| 10/19/2020 | MDK | Review and revise motion for conditional certification; attention to consent form and notice. | 3.00 | $400.00 | $1,200.00 |
| 10/20/2020 | AES | Review and revise motion for conditional certification; attention to exhibits and review of declarations. | 4.50 | $400.00 | $1,800.00 |
| 10/21/2020 | PFL | Revising motion for conditional certification and notice form. Emails with Andy regarding same. | 1.00 | $400.00 | $400.00 |
| 10/21/2020 | AES | Final revisions to motion for conditional certification. | 1.50 | $400.00 | $600.00 |
| 10/28/2020 | AES | Reviewed Defendants' initial disclosures. | 0.25 | $400.00 | $100.00 |
| 11/09/2020 | AES | Emails with opposing counsel regarding potential stipulation to certification. | 0.25 | $400.00 | $100.00 |
| 11/10/2020 | AES | Drafted proposed stipulation to certification and motion outlining the same; emails. | 2.00 | $400.00 | $800.00 |
| 11/11/2020 | MDK | Review and revise stipulation; confer with Mr. Swan regarding the same. | 0.50 | $400.00 | $200.00 |
| 11/11/2020 | AES | Multiple emails re stipulation; confer with Mr. Kuhn regarding the same. | 0.50 | $400.00 | $200.00 |
| 11/16/2020 | AES | Several emails regarding certification and need for contact information and tolling. | 0.75 | $400.00 | $300.00 |
| 11/18/2020 | AES | Reviewed employee list; attention to case posture and strategy. | 0.50 | $400.00 | $200.00 |
| 11/18/2020 | AES | Reviewed response to motion for conditional certification and analysis of the same. | 0.75 | $400.00 | $300.00 |
| 11/19/2020 | MDK | Attention to equitable tolling and telephone numbers issue; legal research regarding the same. | 0.50 | $400.00 | $200.00 |
| 11/20/2020 | AES | Attention to reply in support of motion for conditional certification. | 1.50 | $400.00 | $600.00 |
| 11/23/2020 | AES | Attention to reply in support of motion for conditional certification. | 3.50 | $400.00 | $1,400.00 |
| 11/23/2020 | MDK | Review and revise reply in support of motion for conditional certification. | 0.75 | $400.00 | $300.00 |
| 11/24/2020 | PFL | Revise reply brief on motion for conditional certification. Emails with Andy. | 0.50 | $400.00 | $200.00 |
| 11/30/2020 | AES | Review and revise initial disclosures; attention to document production. | 2.00 | $400.00 | $800.00 |
| 12/21/2020 | AES | Attention to discovery responses. | 2.50 | $400.00 | $1,000.00 |
| 12/28/2020 | AES | Review and revise discovery responses. | 1.25 | $400.00 | $500.00 |
| 12/29/2020 | AES | Finalize discovery responses. | 1.50 | $400.00 | $600.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/2020 | AES | Prepare discovery requests to Defendants. | 2.50 | $400.00 | $1,000.00 |
| 03/02/2021 | AES | Confer with legal team regarding protective order, mediation, and conditional certification status; prepare protective order; emails with opposing counsel. | 1.00 | $400.00 | $400.00 |
| 03/04/2021 | AES | Finalized and filed motion for protective order. | 0.50 | $400.00 | $200.00 |
| 03/10/2021 | AES | Attention to discovery responses; client communication. | 2.25 | $400.00 | $900.00 |
| 03/13/2021 | MDK | Draft motion to amend scheduling order pending resolution of conditional certification. | 0.50 | $400.00 | $200.00 |
| 03/13/2021 | AES | Emails with opposing counsel. | 0.25 | $400.00 | $100.00 |
| 05/13/2021 | MDK | Attention to motion to amend scheduling order. | 0.50 | $400.00 | $200.00 |
| 05/18/2021 | AES | Communication with opposing counsel; prepared notice concerning motion to amend scheduling order; attention to next steps. | 0.50 | $400.00 | $200.00 |
| 08/19/2021 | AES | Teleconference with opposing counsel re deposition scheduling; attention to discovery. | 0.50 | $400.00 | $200.00 |
| 09/27/2021 | MDK | Reviewed order granting conditional certification; confer with Mr. Swan regarding next steps. | 0.50 | $400.00 | $200.00 |
| 09/27/2021 | AES | Attention to order granting conditional certification; strategy session with Mr. Kuhn regarding next steps. | 0.50 | $400.00 | $200.00 |
| 09/28/2021 | MDK | Staff communication regarding forthcoming mailing of notice of certification to the collective. | 0.50 | $400.00 | $200.00 |
| 09/30/2021 | AES | Attention to status of mailing of notices to collective. | 0.50 | $400.00 | $200.00 |
| 10/08/2021 | AES | Attention to tolling agreement. | 0.25 | $400.00 | $100.00 |
| 10/12/2021 | AES | Prepared amended scheduling order; emails with opposing counsel regarding the same. | 0.75 | $400.00 | $300.00 |
| 10/14/2021 | AES | Attention to amended scheduling order; filed the same. | 0.50 | $400.00 | $200.00 |
| 10/15/2021 | AES | Attention to new case deadlines and entered scheduling order. | 0.25 | $400.00 | $100.00 |
| 11/04/2021 | AES | Emails with opposing counsel re case posture and potential resolution; attention to tolling agreement. | 0.50 | $400.00 | $200.00 |
| 11/05/2021 | AES | Attention to 30(b)(6) deposition topics and setting; discovery issues. | 0.50 | $400.00 | $200.00 |
| 11/08/2021 | AES | Reviewed data produced by opposing counsel; confer with staff re mailing of notice. | 0.50 | $400.00 | $200.00 |
| 11/09/2021 | AES | Attention to notice to the collective; reviewed employee list; communication with opposing counsel. | 1.00 | $400.00 | $400.00 |
| 11/16/2021 | AES | Attention to 30(b)(6) deposition topics and setting. | 0.50 | $400.00 | $200.00 |
| 11/18/2021 | AES | Reviewed updated listed of the collective. | 0.25 | $400.00 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/22/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 11/22/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 11/23/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 11/24/2021 | AES | Emails with opposing counsel regarding data production and employee list. | 0.25 | $400.00 | $100.00 |
| 11/29/2021 | AES | Emails with opposing counsel. | 0.25 | $400.00 | $100.00 |
| 11/30/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 12/06/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 12/10/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 12/14/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 12/16/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 12/27/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 12/30/2021 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 01/14/2022 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 01/27/2022 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 02/09/2022 | AES | Multiple lengthy emails with opposing counsel regarding case status and discovery. | 0.75 | $400.00 | $300.00 |
| 02/10/2022 | AES | Reviewed notice of filing of consent to sue. | 0.25 | $400.00 | $100.00 |
| 03/08/2022 | MDK | Drafted motion for protective order re discovery requests; confer with Mr. Swan regarding the same. | 3.50 | $400.00 | $1,400.00 |
| 03/10/2022 | AES | Email with opposing counsel regarding discovery responses and motion for protective order. | 0.25 | $400.00 | $100.00 |
| 03/11/2022 | AES | Email with opposing counsel regarding discovery responses and withdraw of the same. | 0.25 | $400.00 | $100.00 |
| 03/21/2022 | AES | Reviewed Defendants' discovery responses. | 0.50 | $400.00 | $200.00 |
| 04/05/2022 | AES | Prepared amended notices of deposition; emails with opposing counsel. | 0.50 | $400.00 | $200.00 |
| 04/06/2022 | AES | Reviewed and revised notices of deposition; emails with opposing counsel. | 0.50 | $400.00 | $200.00 |
| 04/12/2022 | PFL | Review motion to dismiss. | 0.50 | $400.00 | $200.00 |
| 04/12/2022 | AES | Reviewed motion to dismiss for lack of jurisdiction; legal research regarding the same; strategy regarding responding to the motion. | 0.75 | $400.00 | $300.00 |
| 04/13/2022 | AES | Emails with opposing counsel regarding forthcoming motion to dismiss. | 0.25 | $400.00 | $100.00 |
| 04/13/2022 | MDK | Legal research re motion to dismiss for lack of jurisdiction; | 1.25 | $400.00 | $500.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | attention to strategy on responding. | | | |
| 04/14/2022 | AES | Emails with court and opposing counsel regarding discovery dispute hearing. | 0.25 | $400.00 | $100.00 |
| 04/15/2022 | AES | Attention to discovery issues. | 1.00 | $400.00 | $400.00 |
| 04/18/2022 | AES | Prepared for and attended discovery dispute hearing; prepared for deposition. | 3.75 | $400.00 | $1,500.00 |
| 04/19/2022 | AES | Prepared for and attended deposition; emails with opposing counsel regarding discovery dispute and procedures. | 4.50 | $400.00 | $1,800.00 |
| 04/21/2022 | AES | Attention to deposition scheduling; emails with opposing counsel. | 0.25 | $400.00 | $100.00 |
| 04/22/2022 | AES | Prepared for and attended teleconference with opposing counsel. | 0.50 | $400.00 | $200.00 |
| 04/25/2022 | MDK | Attention to mediation scheduling. | 0.25 | $400.00 | $100.00 |
| 04/29/2022 | AES | Emails regarding mediation; research on potential mediators. | 0.50 | $400.00 | $200.00 |
| 05/02/2022 | AES | Attention to Messrs. Sargent and Walsh's waivers; emails with opposing counsel; drafted notice of withdrawal of consents to sue. | 0.75 | $400.00 | $300.00 |
| 05/02/2022 | AES | Review and revise motion to stay deadlines; multiple emails with opposing counsel. | 0.50 | $400.00 | $200.00 |
| 05/06/2022 | MDK | Reviewed minute order re withdrawal of certain individuals. | 0.25 | $400.00 | $100.00 |
| 05/10/2022 | MDK | Attention to mediation format and scheduling; reviewed Dr. Fox's initial damages calculations. | 0.50 | $400.00 | $200.00 |
| 05/10/2022 | AES | Communication with Dr. Fox; reviewed damages calculation; confer with Mr. Kuhn regarding the same. | 0.50 | $400.00 | $200.00 |
| 05/12/2022 | MDK | Review mediation confirmation. | 0.25 | $400.00 | $100.00 |
| 05/23/2022 | MDK | Review Dr. Fox's analysis. | 0.50 | $400.00 | $200.00 |
| 05/23/2022 | AES | Communication with Dr. Fox. | 0.50 | $400.00 | $200.00 |
| 05/24/2022 | AES | Drafted mediation statement. | 4.50 | $400.00 | $1,800.00 |
| 05/24/2022 | AES | Analysis for damages calculation from Dr. Fox; reviewed lengthy emails regarding the same. | 1.00 | $400.00 | $400.00 |
| 05/25/2022 | MDK | Reviewed and revised mediation statement. | 1.50 | $400.00 | $600.00 |
| 05/31/2022 | MDK | Client communication; confer with Mr. Swan regarding mediation strategy. | 0.75 | $400.00 | $300.00 |
| 05/31/2022 | AES | Confer with Mr. Kuhn regarding settlement mechanics. | 0.50 | $400.00 | $200.00 |
| 06/01/2022 | MDK | Prepared for an attended mediation; debrief with legal team. | 8.00 | $400.00 | $3,200.00 |
| 06/06/2022 | MDK | Lengthy settlement communications and emails with mediator; drafted proposed notice language; attention to | 2.25 | $400.00 | $900.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| | | settlement structure; reviewed emails from opposing counsel. | | | |
| 06/14/2022 | MDK | Reviewed and revised motion for extension of time to submit dismissal papers; reviewed emails regarding settlement status and current offer. | 0.50 | $400.00 | $200.00 |
| 06/15/2022 | MDK | Emails with opposing counsel regarding settlement; legal research re confidentiality agreements; reviewed Baker v. Vail Resort. | 0.75 | $400.00 | $300.00 |
| 06/16/2022 | MDK | Emails with opposing counsel regarding settlement status; prepared notice of settlement. | 0.50 | $400.00 | $200.00 |
| 06/16/2022 | MDK | Drafted and filed notice of settlement; emails with opposing counsel regarding division of work and preparation of the settlement agreement and motion to approve. | 0.75 | $400.00 | $300.00 |
| 06/27/2022 | MDK | Emails with opposing counsel regarding settlement status. | 0.25 | $400.00 | $100.00 |
| 07/10/2022 | MDK | Emails with opposing counsel regarding settlement agreement and notice; review of the same. | 0.50 | $400.00 | $200.00 |
| 07/12/2022 | MDK | Reviewed and revised settlement agreement; drafted motion to enlarge time within which to file settlement documents; emails with opposing counsel regarding the same. | 3.50 | $400.00 | $1,400.00 |
| 07/18/2022 | MDK | Drafted motion to approve settlement; legal research regarding the same. | 5.50 | $400.00 | $2,200.00 |
| 07/19/2022 | PFL | Revise motion for approval of settlement. | 0.75 | $400.00 | $300.00 |
| 07/19/2022 | MDK | Revisions to motion to approve; emails with opposing counsel regarding the same; attention to status of settlement agreement; drafted declaration in support of motion to approve. | 4.50 | $400.00 | $1,800.00 |
| 07/20/2022 | MDK | Final review of settlement agreement and notice; emails with opposing counsel; client communication; attention to declaration. | 2.50 | $400.00 | $1,000.00 |
| 07/24/2022 | MDK | Client communication | 0.25 | $400.00 | $100.00 |
| 07/25/2022 | MDK | Attention to signed settlement agreement; forward the same to opposing counsel. | 0.25 | $400.00 | $100.00 |
| 07/27/2022 | MDK | Revisions to declaration in support of approval; email with opposing counsel regarding status. | 0.75 | $400.00 | $300.00 |
| 07/28/2022 | MDK | Emails with opposing counsel regarding confidentiality and approval. | 0.25 | $400.00 | $100.00 |
| | | | **Services Subtotal** | | **$57,300.00** |

**Expenses**

| Date | Description | Rate | Total |
|---|---|---|---|
| 04/18/2022 | AES Uber to courthouse for hearing. | $18.54 | $18.54 |

| Date | Description | Amount | Total |
|---|---|---|---|
| 05/05/2022 | Certified Copy of Transcript- Pike Reporting | $520.15 | $520.15 |
| 05/27/2022 | Federal filing fee. | $402.00 | $402.00 |
| 05/27/2022 | Cost of service | $150.00 | $150.00 |
| 05/27/2022 | Cost to send notice to collective. | $275.00 | $275.00 |
| 06/08/2022 | Quantitative Research Associates | $3,285.00 | $3,285.00 |
| 06/22/2022 | Law Office of David Lichtenstein, LLC for Mediation and related work (statement 188210) | $1,820.00 | $1,820.00 |
| 07/14/2022 | Westlaw Charge | $750.00 | $750.00 |
| | **Expenses Subtotal** | | **$7,220.69** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Michael Kuhn | 49.5 | $400.00 | $19,800.00 |
| Paul Lewis | 4.0 | $400.00 | $1,600.00 |
| Andrew Swan | 89.75 | $400.00 | $35,900.00 |
| | | **Subtotal** | **$64,520.69** |
| | | **Total** | **$64,520.69** |